UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

In the Matter of the Application
for a Search Warrant for                    1:11-mj-46
Computer servers at America Online,    UNDER SEAL - LEVEL I
an e-mail provider located
at 22000 AOL Way, Dulles,
VA 20166

### 18 U.S.C. § 2705(b) PRECLUSION OF NOTICE ORDER

The Court, having considered the Motion filed by the government seeking an extension of an Order precluding America Online from notifying any person of the existence of the Search Warrant pertaining the e-mail account Csassist@aol.com, finds that there is reason to believe that notification of the existence of the Search Warrant will result in the destruction of or tampering with evidence or otherwise will seriously jeopardize the investigation.

THEREFORE IT IS ORDERED that America Online shall not notify any person of the existence of the Search Warrant, for an additional period of one hundred eighty (180) days.

September 14, 2011

/s/Landya B. McCafferty
Landya B. McCafferty
United States magistrate Judge